UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

TRANSMITTAL FORM

TO: CLERK, District Court

---

Case Name:   Darlene Coop and Jeffrey Bennett v. Scott Liberty

Case No.: 02-20520

Adversary No.: 03-2083

Bankruptcy Filed: April 9, 2002

Bankruptcy Judge: James B. Haines

Entry Date of Motion for Withdraw of Reference: July 8, 2003

Status of Filing Fee:  Paid

---

**TRANSMITTED HEREWITH ARE THE FOLLOWING DOCUMENTS:**

[ ]   Appeal Deficiency Notice to Appellant
[ ]   Motion for Leave to Appeal
[ ]   Opposition to Motion for Leave to Appeal
[ ]   Motion(s) filed under BR 8002(b)
[ ]   Notice of Appeal
[ ]   Notice of Referral
[X]   Copy of Court Docket: [X] Bk. Case [ ] Adversary [ ] Full [ ] Partial
[ ]   Other: _____

**COMMENTS:**
_____
_____
_____

DATE: _July 28, 2003_____         Celia Strickler
                                   Clerk of Court

                                   By: /s/ Mark Busby
                                   Deputy Clerk

_____
 ***RECEIPT IS ACKNOWLEDGED OF THE ENCLOSURES REFERRED TO ABOVE***

**Date Received:** _____          **By:** _____
                                                   **Deputy Clerk**
**BAP NO.  ASSIGNED:** _____