# U.S. Bankruptcy Court
## District of Maine (Portland)
### Adversary Proceeding #: 03-02083-jbh
Internal Use Only

*Assigned to:* Chief Judge James B. Haines Jr.
*Related BK Case:* 02-20520
*Related BK Title:* Scott A. Liberty           *Date Filed:* 04/09/03
*Demand:*
*Nature of Suit:* 498

**Plaintiff**
-----------------------

| | | |
|---|---|---|
| **Darlene Copp** | represented by | **Michael J. Pearce, Esq.**<br>Michael J. Pearce & Associates, LLC<br>Two Monument Square<br>P.O. Box 108<br>Portland, ME 04112-0108<br>(207) 822-9900<br>Email: MJP@MJPMainelaw.com |
| **Jeffrey Bennett** | represented by | **Leonard M. Gulino, Esq.**<br>Bernstein, Shur, Sawyer & Nelson<br>P.O. Box 9729<br>Portland, ME 04104-5029<br>(207) 774-1200<br>Email: lgulino@bssn.com |

V.

**Defendant**
-----------------------

| | | |
|---|---|---|
| **Scott A. Liberty**<br>P.O. Box 963<br>Gray, ME 04039<br>SSN: 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 | represented by | **John P. McVeigh, Esq.**<br>Preti, Flaherty, Beliveau & Pachios, LLC<br>One City Center<br>P.O. Box 9546<br>Portland, ME 04112-9546<br>(207) 791-3000<br>Email: jmcveigh@preti.com |

**Trustee**
-----------------------

**Peter C. Fessenden**
P.O. Box 429
Brunswick, ME 04011
(207) 725-1300

**Counter-Defendant**
-----------------------
**Bennett Law Firm**

**Jeffrey Bennett**

**3rd Party Plaintiff**
-----------------------
**Scott A. Liberty**
P.O. Box 963
Gray, ME 04039
SSN: 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

V.

**3rd Pty Defendant**
-----------------------
**Bennett Law Firm**

**Jeffrey Bennett**

| Filing Date | # | Docket Text |
|---|---|---|
| 04/09/2003 | 1 | Complaint by Darlene Copp, Jeffrey Bennett against Scott A. Liberty. Receipt Number cc, Fee Amount $ 150. (Gulino, Leonard) (Entered: 04/09/2003) |
| 04/10/2003 | 2 | Summons Issued on Scott A. Liberty Date Issued 4/10/2003, Answer Due 5/12/2003 (related document(s)1). Pre-Trial Conference set for 6/10/2003 at 10:45 AM at Chambers, Telephonically. (mbb, ) (Entered: 04/10/2003) |
| 04/10/2003 | | Receipt Number 36169, Fee Amount $ 150.00 (related document(s)1). (mbb, ) (Entered: 04/10/2003) |
| 04/10/2003 | | Judge James B. Haines assigned to adversary. (kls, ) (Entered: 04/10/2003) |
| 04/16/2003 | 3 | Summons Service Executed on Scott Liberty 4/16/2003. (Gulino, Leonard) Modified on 4/17/2003 (msh, ). (Entered: 04/16/2003) |
| 05/02/2003 | 4 | Trustee's Motion to Intervene Filed by Peter C. Fessenden. Hearing scheduled for 5/21/2003 at 08:50 AM at Portland. Objections due by 5/12/2003. (Fessenden1, Peter) (Entered: 05/02/2003) |
| 05/09/2003 | 5 | Alias Summons Issued on Scott A. Liberty Date Issued 5/9/2003, Answer Due 6/9/2003. Pre-Trial Conference set for 7/15/2003 at 10:15 AM at Chambers, Telephonically. (mbb, ) (Entered: 05/09/2003) |

| | | |
|---|---|---|
| 05/09/2003 | | Attorney Leonard M. Gulino for Jeffrey Bennett, Michael J. Pearce for Darlene Copp added to case. (mbb, ) (Entered: 05/09/2003) |
| 05/12/2003 | [6](#) | Motion to Extend Time *for Responding to the Trustee's Motion to Entervene* Filed by Scott A. Liberty. Hearing scheduled for 5/21/2003 at 08:50 AM at Portland. Objections due by 5/20/2003. (Attachments: # [1](#) Proposed Order to Enlarge Time) (McVeigh, John) (Entered: 05/12/2003) |
| 05/13/2003 | [7](#) | Order Granting Motion to Extend Time for Responding to the Trustee's Motion to Intervene until June 9, 2003. (Related Doc # [6](#)) The Hearing on the Motion is Continued to 8:50 a.m., June 11, 2003 in Portland. (mbb, ) Additional attachment(s) added on 5/13/2003 (mbb, ). Additional attachment(s) added on 5/13/2003 (mbb, ). (Entered: 05/13/2003) |
| 05/13/2003 | | Note to File: Called Attorney McVeigh and requested amended certificate of service to include Peter Fessenden on defendant's motion to enlarge time for responding to trustee's motion to intervene(related document(s)[6](#)). (msh, ) (Entered: 05/13/2003) |
| 05/13/2003 | | Hearing Continued re: Trustee's Motion to Intervene (related document(s)[4](#)). Hearing scheduled for 6/11/2003 at 08:50 AM at Bankruptcy Courtroom, Portland. (mbb, ) (Entered: 05/13/2003) |
| 05/14/2003 | [8](#) | Amended Certificate of Service (related document(s)[6](#)). (McVeigh, John) (Entered: 05/14/2003) |
| 06/04/2003 | [9](#) | Response to *Trustee's Motion to Intervene* (related to motions(s)[4](#)) Filed by Scott A. Liberty. (McVeigh, John) (Entered: 06/04/2003) |
| 06/04/2003 | [10](#) | Motion to Dismiss Adversary Proceeding Filed by Scott A. Liberty. Hearing scheduled for 6/25/2003 at 08:50 AM at Portland. Objections due by 6/16/2003. (Attachments: # [1](#) Exhibit Notice of Hearing) (McVeigh, John) (Entered: 06/04/2003) |
| 06/09/2003 | [11](#) | Summons Service Executed on Scott Liberty (related document(s)[1](#), [5](#)). (Gulino, Leonard) Modified on 6/10/2003 (msh, ). (Entered: 06/09/2003) |
| 06/11/2003 | [12](#) | Hearing Continued re: Trustee's Motion to Intervene (related document(s)[4](#)). Hearing scheduled for 6/25/2003 at 08:50 AM at Bankruptcy Courtroom, Portland. To be heard with debtor's motion to dismiss. (mbb, ) (Entered: 06/11/2003) |
| 06/13/2003 | [13](#) | Trustee's Response to *Debtor's Comments on Debtor's Motion to Dismiss* (related to motions(s)[10](#)) Filed by Peter C. Fessenden. (Fessenden1, Peter) (Entered: 06/13/2003) |
| 06/16/2003 | [14](#) | Consent Motion to Extend Time to Respond to Motion to Dismiss Adversary |

|  |  |  |
|---|---|---|
|  |  | Proceeding Filed by Jeffrey Bennett, Darlene Copp. Hearing scheduled for 6/25/2003 at 08:50 AM at Portland. Objections due by 6/23/2003. (Pearce, Michael) Modified on 6/17/2003(msh, ). (Entered: 06/16/2003) |
| 06/16/2003 | 15 | Proposed Order Filed by Darlene Copp and Jeffrey Bennett (related document(s)14). (Pearce, Michael) (Entered: 06/16/2003) |
| 06/16/2003 | 16 | Certificate of Service (related document(s)14). (Pearce, Michael) (Entered: 06/16/2003) |
| 06/18/2003 | 17 | Consent Motion to Extend Time *to Respond to Motion to Dismiss Adversary Proceeding* Filed by Darlene Copp. (Pearce, Michael) (Entered: 06/18/2003) |
| 06/18/2003 | 18 | Proposed Order RE: *Motion for Extension of Time to Respond to Motion to Dismiss Adversary Proceeding* Filed by Darlene Copp (related document(s) 17). (Pearce, Michael) (Entered: 06/18/2003) |
| 06/18/2003 | 19 | Certificate of Service (related document(s)17). (Pearce, Michael) (Entered: 06/18/2003) |
| 06/18/2003 |  | Corrective Entry. Reason for Entry: not correctly signed as electronically filed documents (related document(s)14, 15, 16). (msh, ) (Entered: 06/18/2003) |
| 06/20/2003 | 20 | Order Granting Consented to Motion for Extension of Time to Respond to Motion to Dismiss Adversary Proceeding (Related Doc # 17) Response due by 6/23/2003. (mbb, ) Additional attachment(s) added on 6/20/2003 (mbb, ). (Entered: 06/20/2003) |
| 06/23/2003 | 21 | Objection to *Debtor's Motion to Dismiss* Filed by Jeffrey Bennett, Darlene Copp (related document(s)10). (Gulino, Leonard) (Entered: 06/23/2003) |
| 06/24/2003 |  | Deadline terminated. (msh, ) (Entered: 06/24/2003) |
| 06/25/2003 | 22 | Hearing Held re: Trustee's Motion to Intervene (related document(s)4). Outcome: Granted, Order by Court. (mbb, ) (Entered: 06/25/2003) |
| 06/25/2003 | 23 | Order Granting Trustee's Motion To Intervene (Related Doc # 4) (mbb, ) Additional attachment(s) added on 6/25/2003 (mbb, ). (Entered: 06/25/2003) |
| 06/25/2003 | 24 | Hearing Held re: Motion to Dismiss Adversary Proceeding (related document(s)10). Outcome: Denied, Order by Court. (mbb, ) (Entered: 06/25/2003) |
| 06/25/2003 | 25 | Order Denying Defendant's Motion to Dismiss Adversary Proceeding (Related Doc # 10) (mbb, ) (Entered: 06/25/2003) |
| 07/07/2003 | 26 | Answer to Complaint, Counterclaim by Scott A. Liberty against Bennett Law |

|  |  |  |
|---|---|---|
|  |  | Firm, Jeffrey Bennett, Third-Party Complaint by Scott A. Liberty against Bennett Law Firm, Jeffrey Bennett *Jury Trial Demanded*. Filed by Scott A. Liberty. (McVeigh, John) (Entered: 07/07/2003) |
| 07/08/2003 | 27 | Motion for Jury Trial *and Motion for Removal of Action to District Court, and Incorporated Memorandum of Law* Filed by Scott A. Liberty. Hearing scheduled for 7/30/2003 at 08:50 AM at Portland. Objections due by 7/18/2003. (Attachments: # 1 Proposed Order) (McVeigh, John) Modified on 7/8/2003 (msh, ). (Entered: 07/08/2003) |
| 07/08/2003 |  | Other Deadlines Updated. Miscellaneous Action due by 7/18/2003 (objection deadline to defendant's motion for removal of action to District Court), related to 27. (msh, ) Modified on 7/8/2003 (msh, ). (Entered: 07/08/2003) |
| 07/11/2003 | 28 | Withdrawal and Notice of Appearance of Substitute Counsel Filed by Scott A. Liberty (related document(s)26). (McVeigh, John) (Entered: 07/11/2003) |
| 07/14/2003 | 29 | Statement of Plaintiffs Regarding Initial Pretrial Order Filed by Jeffrey Bennett. (Gulino, Leonard) (Entered: 07/14/2003) |
| 07/14/2003 | 30 | Trustee's Motion *To Sever* Filed by Peter C. Fessenden. (Attachments: # 1 Proposed Order) (Fessenden1, Peter) (Entered: 07/14/2003) |
| 07/15/2003 | 31 | Hearing Held re: Pretrial (related document(s)26, 30). Counterclaims and 3rd party Claims are Ordered Dismissed. Trustee's Motion to Sever filed 7/14/03 - Denied as moot, Order to be Issued. Parties to file Proposed Pretrial Scheduling Order within 14 days. Proposed Order due by 7/29/2003. (mbb, ) (Entered: 07/15/2003) |
| 07/16/2003 | 32 | Order Designating Core Nature of Claims, Dismissing Counterclaims and Third Party Claims, and Denying Motion to Sever. (Related Doc # 26,30) (mbb, ) Modified on 7/16/2003 (mbb, ). Additional attachment(s) added on 7/16/2003 (mbb, ). (Entered: 07/16/2003) |
| 07/28/2003 |  | Deadline terminated. (mes, ) (Entered: 07/28/2003) |